# UNITED STATES PROBATION OFFICE
## Northern District of Georgia

**FILED IN CLERK'S OFFICE**
U.S.D.C. Atlanta

APR 07 2006

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

## NOTICE TO CLERK'S OFFICE
## OF
## DEFENDANT'S CHANGE OF ADDRESS

**Name:** Javado Barner

**Date:** April 6, 2006

**Aka:**

**Docket No:** 1:02CR018-4 -CC

**NEW ADDRESS OF DEFENDANT:**   400 Fairburn Road  Apt. BB230

Atlanta, GA 30331

_Stephen E. Dorman_ /maf
Stephen E. Dorman
U. S. Probation Officer

**Division:** Atlanta