IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | |
| ) | 1:02-CR-18-4  (CC) |
| ) | |
| JAVADO BARNER ) | |
| _____ ) | |

**REQUEST FOR HEARING**

COMES NOW JAVADO BARNER, by and through the undersigned attorney, and respectfully requests that this Honorable Court grant him an EVIDENTIARY HEARING in accordance with the opinion issued by the Eleventh Circuit Court of Appeals in United States v. Barner, 441 F.3d 1310 (11th Cir. 2006).  Specifically, Defendant requires said hearing for the purpose of presenting additional evidence and argument in support of his [remaining] claim

of actual vindictiveness.

        Dated: This 8th day of November, 2006.

        Respectfully submitted,

        *s/ L. Burton Finlayson*
        L. BURTON FINLAYSON
        Attorney for JAVADO BARNER
        Georgia Bar Number: 261460

LAW OFFICES OF
L. BURTON FINLAYSON
ATTORNEY AT LAW
931 Ponce de Leon Avenue, NE
Atlanta, Georgia 30306
(404) 872-0560

## **CERTIFICATE OF SERVICE**

     This is to certify that I have this day electronically filed the foregoing Request for Hearing with the Clerk of Court using the CM/ECF system which will automatically send email notifications of such filing to the following:

     Ms. Mary Jane Stewart, and
     Ms. Yonette Sam-Buchanan
     Assistant United States Attorney
     600 Richard B. Russell Building
     75 Spring Street, S. W.
     Atlanta, Georgia  30303

     DATED:  This 8th day of November, 2006.

          s/ *L. Burton Finlayson*
          L. BURTON FINLAYSON
          ATTORNEY FOR JAVADO BARNER
          State Bar Number: 261460