# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:02-cr-00018-CC-CCH
## USA v. Dale, et al
## Honorable Clarence Cooper

Minute Sheet for proceedings held In Open Court on 09/12/2007.

| | |
|---|---|
| TIME COURT COMMENCED: 09:35 A.M. | COURT REPORTER: Amanda Lohnaas |
| TIME COURT CONCLUDED: 04:05 P.M. | CSO/DUSM: Terrance McCoy |
| TIME IN COURT: 05:05 | DEPUTY CLERK: Patsy L. Springs |

| | |
|---|---|
| DEFENDANT(S): | [4]Javado Barner Present at proceedings |
| ATTORNEY(S) PRESENT: | L. Finlayson representing Javado Barner<br>William McKinnon representing USA<br>Bret Williams representing USA |
| PROCEEDING CATEGORY: | Jury Trial Continued; |
| JURY INFORMATION: | The Rule of Sequestration was invoked. |
| MINUTE TEXT: | Evidence by government. Defendant's exhibits 1 -5 tendered. (2) Jay Arthur Johnson, resumed. (3) Isaiah Spratley, sworn. EXHIBITS ADMITTED. (4) LaShae Watts, sworn. (5) Terri Smith, sworn. (6) John Henry Smith, sworn. (7) Harold Bess, sworn. |
| TRIAL STATUS: | Evidence Entered, Continued |