FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

FEB 15 2008

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,        )
                                 )
                                 )
-vs-                             )   Indictment No. 1:02-CR-18-04-CC
                                 )   Fifth Superseding
JAVADO DONQUELL BARNER,          )   Volume 2
        Defendant.               )   Pages 169-413

Transcript of the Jury Trial Proceedings
Before the Honorable Clarence Cooper
September 12, 2007
Atlanta, Georgia

APPEARANCES OF COUNSEL:

On behalf of
the Government:         William L. McKinnon, Jr.,
                        Assistant United States Attorney

                        Bret R. Williams,
                        Assistant United States Attorney

On behalf of
the Defendant:          L. Burton Finlayson, Esq.

Amanda Lohnaas, RMR, CRR
Official Court Reporter
United States District Court
Atlanta, Georgia