Case 1:02-cr-00018-CC-CCH   Document 1038   Filed 02/19/08   Page 1 of 1

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

FEB 19 2008

JAMES N. HATTEN, Clerk
By: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL ACTION FILE NO. |
| ) | 1:02-CR-18-4 (CC) |
| v. ) | |
| ) | |
| JAVADO BARNER ) | |

### ORDER

The Court having read and considered the Defendant's Motion for Bond Pending Appeal; and the Court having read and considered the Government's response thereto; and the Court having read and considered the briefs submitted by both the Government and Defendant in support of and in opposition to the Motion for Bond Pending Appeal; and the Court having applied the law applicable thereto, the Court hereby **DENIES** the Motion to Set Bond Pending Appeal pursuant to 18 U.S.C. §3143(b)(2).

SO ORDERED this 19th day of February, 2008.

CLARENCE COOPER
U.S. DISTRICT JUDGE