FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUN 30 2009

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

BENTRICE TURNER

CASE NUMBER

1:02-CR-18-03-CC

## ORDER

With the consent of the Chief Judge, I hereby transfer the above-styled case pursuant to agreement to Senior Judge Willis B. Hunt, Jr.

SO ORDERED, this 29 day of JUNE, 2009.

_____
JULIE E. CARNES
UNITED STATES DISTRICT JUDGE