CERTIFICATE OF SERVICE

    This is to certify that I have this day served upon the person listed below a copy of the foregoing document by electronically filing with the Clerk of Court using the CM/ECF system which will automatically send notification via email said copy to:

        Leigh Finlayson

This 28th day of August, 2009.

                                    /s/_____
                                  WILLIAM L. MCKINNON
                                  ASSISTANT UNITED STATES ATTORNEY