IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NUMBER |
| v. | 1:02-CR-18-11-CC |
| HAROLD (BEST) BESS | |

ORDER AMENDING JUDGMENT

For good cause shown, the Order Revoking Supervised Release-Judgment and Commitment entered on April 7, 2009, shall be amended as follows:

The defendant is hereby committed to the Bureau of Prisons for **TEN MONTHS**.  All other terms of the Order Revoking Supervised Release-Judgment and Commitment shall remain the same in every other respect.

IT IS ORDERED that the clerk deliver a certified copy of this order to the United States Marshal and to the United States Probation Officer.

SO ORDERED this 2nd day of DECEMBER, 2009.

*s/ CLARENCE COOPER*

CLARENCE COOPER
UNITED STATES DISTRICT JUDGE