# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
MAR 3 0 2011
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

March 29, 2011

James N. Hatten
United States District Court
75 SPRING ST SW
STE 2211
ATLANTA, GA 30303-3309

Appeal Number: 11-10242-D
Case Style: Javado Barner v. USA
District Court Docket No: 1:10-cv-03389-CC
Secondary Case Number: 1:02-cr-18-CC-4

Please forward the original papers filed in your court together with any documentary exhibits and an updated copy of your docket entries for use by this court in ruling on a motion filed by the appellant. This material will be returned when the motion has been determined.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Mildred K. Norwood, D
Phone #: (404) 335-6185

CLK-1 Multi purpose letter to DC